**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DOUGLAS JACKSON,

Petitioner, Case No. 2:15-CV-11622

UNITED STATES DISTRICT JUDGE
v. GERSHWIN A. DRAIN

JEFFREY HOWARD,

Respondent.
_______________________________________/

**OPINION AND ORDER DENYING PETITIONER'S REQUEST TO REOPEN THE CASE (ECF No. 196)**

Before the Court is a Notice filed by Petitioner to lift the stay and reopen the case. ECF No. 196. For the reasons that follow, Petitioner's request to reopen the case IS DENIED.

Petitioner is an enjoined filer in the United States District Court for the Eastern District of Michigan. *Jackson v. Howard*, No. 2:15-CV-11622, 2025 WL 66051, at *5 (E.D. Mich. Jan. 10, 2025) (citing E.D. Mich. L.R. 5.2) ("A district judge may enjoin a litigant from filing actions without first obtaining leave of court if the judge finds that the litigant has engaged in a pattern of filing repetitive, frivolous, or vexatious cases."). Pursuant to this Court's Order Enjoining Petitioner from Filing Further Motions or Pleadings Without Leave from the Court, no further filings shall be accepted from Petitioner without him first obtaining leave. *Id.* (citing ECF No.

95, PageID.7024). In order to obtain leave, "[a]ny new motion or pleading filed by Petitioner must be accompanied by: (1) an application for permission to file the pleading; and (2) an affidavit demonstrating that [Petitioner's] allegations have merit and that they are not a repetition of [Petitioner's] previous pleadings or motions." *Id.* (citing ECF No. 95, PageID.7024). Petitioner's notice is deficient because he failed to file an application for permission to file the pleading or an affidavit showing that his current allegations have any merit and are not a repetition of his prior pleadings or motions.

Petitioner, in fact, has three times previously asked to reopen his case. This Court has denied Petitioner permission to reopen the case each time, finding his motions to premature in light of the fact that his post-conviction proceedings remain pending in the state courts. *Jackson*, 2025 WL 66051, at *4–*5; *Jackson v. Parish*, No. 2:15-CV-11622, 2023 WL 7221019 (E.D. Mich. Nov. 2, 2023); *Jackson v. Parish*, No. 15-CV-11622, 2022 WL 831341 (E.D. Mich. Mar. 18, 2022), *appeal dismissed sub nom. Jackson v. Davids*, No. 22-1423, 2022 WL 16835875 (6th Cir. Nov. 7, 2022).

The Court again denies the motion to reopen the case. Petitioner's request is premature because he still has yet to exhaust his state post-remedies nor demonstrated that it would be futile to do so.

**IT IS HEREBY ORDERED** that Petitioner's Request to Reopen the Case (ECF No. 196) is **DENIED.**

**SO ORDERED.**

Dated: September 10, 2026

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge